IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALFRED MATARAZZO,

                        Plaintiff,

        v.                                                              CIVIL ACTION
                                                                        NO. 19-3014

CSENGE ADVISORY GROUP, LLC,

                        Defendant.

## ORDER

**AND NOW**, this 1st day of June 2020, upon consideration of Defendant's Motion to Dismiss (Doc. No. 3-1), Plaintiff's Response (Doc. No. 5), and the arguments of counsel at the hearing held on January 22, 2020, and in accordance with the Opinion of the Court issued on this day, it is **ORDERED** that Defendant's Motion to Dismiss (Doc. No. 3-1) is **GRANTED** on forum non conveniens grounds.

BY THE COURT:


/s/Joel H. Slomsky, J
 JOEL H. SLOMSKY, J.